# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# AT PEORIA

| | |
|---|---|
| MICHAEL MASON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 08-1055 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

### GOVERNMENT'S MOTION FOR ADDITIONAL TIME
### TO RESPOND TO PETITIONER'S 2255 MOTION

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Assistant United States Attorney, Bradley W. Murphy, hereby moves this court to extend the time for the government to respond to Petitioner's 2255 Motion, and in support thereof states as follows:

1. The government's response to the Petitioner's Motion is currently due on March 12, 2008.

2. The undersigned attorney is currently involved in trial preparation for a trial which commences on March 31, 2008, and has been unable to devote sufficient time to respond to Petitioner's Motion.

3. The paralegal who was assigned to assist in the preparation of the government's response is no longer employed by the U.S. Attorney's Office.

4. This request is not made for purposes of delay.

WHEREFORE, the government requests this Court grant it an extension of time of 21 days within which to respond to the Petitioner's Motion.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY


s/ Bradley W. Murphy
Assistant United States Attorney
One Technology Plaza
211 Fulton Street, Ste. 400
Peoria, Illinois 61602
Telephone: 309/671-7050

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and mailed a copy to the following:

**Michael Mason**
13249-026
PEKIN FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
PO Box 5000
PEKIN, IL 5000

 s/: Kim Ritthaler
Legal Assistant