E-FILED
Friday, 11 April, 2008   11:16:03 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL A. MASON, | ) |
| Petitioner, | ) |
| v. | ) Case No. 08-CV-01055-JBM |
| UNITED STATES, | ) |
| Respondent. | ) |

### Certificate of Service

I hereby certify that on March 20, 2008, I electronically filed the

RESPONSE TO HABEAS CORPUS PETITION, to the Clerk of the Court using the

CM/ECF system which will send a notification of such filing to:

   N/A

and I have mailed by United States Postal Services the same to:


   Michael Mason
   Pekin
   Federal Correctional Institution
   Inmate Mail/Parcel
   P.O. Box 5000
   Pekin, IL 61555

                                                    s/: Jessica Stowe